Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive, 6th Floor
Beverly Hills, 90210
Phone: 310-734-4269
Fax: 310-734-4053
Email: henry@mosesi.com
Web: mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-01714-JAM-KJN |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | |
| SCOTT CAMACHO, | |
| Defendant. | |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Scott Camacho's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Scott Camacho's claims against each other are hereby dismissed with prejudice.

2. Defendant Scott Camacho's Request for Entry of Default filed on May 19, 2017 (DE 19) is hereby withdrawn.

3. Each party shall bear its own attorneys' fees and costs.

1

4. This case is closed for administrative purposes.

SO ORDERED this 25th day of May, 2017.

/s/ John A. Mendez

**UNITED STATES DISTRICT COURT JUDGE**